UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JESUS ALBERT GAMEZ, III, et al., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY BLAINE JENNINGS, et al., <br><br> Defendants. | No. 6:23-CV-038-H |

## ORDER OF DISMISSAL

Before the Court is the parties' joint Stipulation of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 6. The joint stipulation is approved. It is ordered that the plaintiffs' claims against the defendants are dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on August 23, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE